UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
*Electronically Filed*

Removed from Henderson Circuit Court
Civil Action No.: 21-CI-00597

| | |
|---|---|
| HEATHER THAXTON<br><br>and<br><br>ROBIN THAXTON<br><br>    Plaintiffs,<br><br>v.<br><br>BENJAMEN BROYLES<br><br>BROYLES TRUCKING<br><br>and<br><br>GREAT WEST CASUALTY CO.<br><br>    Defendants. | Civil Action No.: 4:21-CV-121-JHM<br>Judge: Joseph H. McKinley, Jr.<br>Magistrate: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendants Benjamin Broyles, Broyles Trucking, and Great West Casualty Company (collectively, "Defendants"), remove to the U.S. District Court for the Western District of Kentucky, Owensboro Division, the civil action styled *Heather Thaxton and Robin Thaxton v. Benjamin Broyles, Broyles Trucking, and Great West Casualty*

*Company,* Civil Action No. 21-CI-00597, which is currently pending before the Henderson Circuit Court, Henderson County, Kentucky. In support of their Notice of Removal Defendants state:

1. On or about October 11, 2021, Plaintiffs Heather and Robin Thaxton filed a Complaint in the Henderson Circuit Court, which was given Civil Action No. 21-CI-00597 and named Benjamin Broyles, Broyles Trucking, and Great West Casualty Company as defendants.

2. Plaintiff Heather Thaxton was at the time of her filing of the Complaint a resident of the Commonwealth of Kentucky. *See* Complaint, at ¶ 1.

3. Plaintiff Robin Thaxton was at the time of her filing of the Complaint a resident of the Commonwealth of Kentucky. *See* Complaint, at ¶ 1.

4. Defendant Benjamin Broyles was at the time of the filing of the Complaint, and is at the time of filing this Notice of Removal, an individual residing in the State of Tennessee. *See* Complaint, at ¶ 2.

5. Defendant Broyles Trucking is not an incorporated entity as alleged in the Complaint. Instead, Broyles Trucking is the trade name under which Defendant Benjamin Broyles conducts his business. As such, it is an artificial unincorporated entity that shares Benjamin Broyles' residence in the State of Tennessee. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.,* 374 F.3d 1020, 1021-22 (11th Cir. 2004).

6. Defendant Great West Casualty Company is an insurance company organized and existing under the laws of the State of Nebraska, with a principal place of business in Nebraska. *See* Complaint, at ¶ 4.

7. Defendant Great West Casualty Company was served with a copy of the Summons and Complaint on or after October 15, 2021.

8. Defendant Benjamin Broyles has not been served with a copy of the Summons and Complaint either in his individual capacity or in his capacity as Broyles Trucking. Even so, Defendant Benjamin Broyles gives his consent to the removal of this action to the U.S. District Court for the Western District of Kentucky, Owensboro Division, as required by the rule of unanimity. *See Brierly v. Alusuisse Flexible Packaging, Inc.,* 184 F.3d 527, 536 n.3 (6th Cir. 1999).

9. This action is one Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is an action between citizens of different states.

10. This Notice of Removal is filed within thirty (30) days after any defendant was served with and / or received the Complaint and Summons as required by 28 U.S.C. § 1446(b).

11. Though the Complaint does not identify a specific amount of damages sought, both Heather Thaxton and Robin Thaxton allege permanent bodily injury as a result of the accident that forms the basis for their Complaint. *See, e.g.,* Complaint, at ¶14, 22. In addition, the Complaint alleges the tort of bad faith and that Defendant Great West Casualty Company acted "intentionally, fraudulently and oppressively, and with a reckless disregard for the rights of Plaintiffs." Complaint, at ¶33. Based on these allegations, Plaintiffs allege a right to recover punitive damages. *Id.* Accordingly, the amount in controversy in this litigation exceeds the jurisdictional threshold required by 28 U.S.C. §1332(a).

12. A copy of the Henderson Circuit Court's entire file in Civil Action No. 21-CI-00597, is attached to this Notice of Removal as EXHIBIT A.

WHEREFORE, Defendants remove this action to the United States District for the Western District of Kentucky, at Owensboro.

Respectfully submitted,

*/s/ William T. Donnell*
William T. Donnell
Richard V. Evans
WHITTENDONNELL
700 N. Hurstbourne Pkwy, Ste. 112
Louisville, KY 40222
P: 502-430-1016
F: 502-430-1083
wdonnell@louisvillecounsel.com
revans@louisvillecounsel.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on the 12th day of November 2021, I served a copy this Notice of Removal via U.S. Mail, postage prepaid, on the following counsel of record:

Nathan Lee Bishop
Hamilton Injury Law Group PLLC
110 North Main Street
Henderson, KY 42420
nathan@curthamiltonlaw.com
*Counsel for Plaintiff*

/s/ William T. Donnell
*Counsel for Defendants*