# EXHIBIT A

COMMONWEALTH OF KENTUCKY
HENDERSON CIRCUIT COURT
CIVIL ACTION NO. 21-CI-_____

HEATHER THAXTON

and

ROBIN THAXTON                                                                PLAINTIFFS

v.

BENJAMEN BROYLES

    Certified Mail Service to:
    640 Oakland Road
    Telford, Tennessee 37690

BROYLES TRUCKING

    Certified Mail Service to:
    640 Oakland Road
    Telford, Tennessee 37690

GREAT WEST CASUALTY COMPANY

    Certified Mail Service to:
    Craig A. Posson
    1100 West 29th Street
    South Sioux City, NE 68776                                          DEFENDANTS

## COMPLAINT and JURY DEMAND

Now come Plaintiffs, Heather Thaxton (individually "Plaintiff Heather" hereinafter) and Robin Thaxton (individually "Plaintiff Robin" hereinafter), and for their Complaint against Defendants Benjamen Broyles ("Mr. Broyles" hereinafter), Broyles Trucking, and Great West Casualty Company state and allege the following:

Presiding Judge: HON. KAREN L. WILSON (651294)

COM : 000001 of 000008

## PARTIES AND JURISDICTION

1.  Plaintiffs Heather L. Thaxton and Robin A. Thaxton (collectively "Plaintiffs" hereinafter) are married and are citizens and residents of Daviess County, Kentucky, normally residing at 7145 Joe Haynes Road, Philpot, Kentucky 42366.

2.  Upon information and belief, Mr. Broyles is a resident and domiciliary of Washington County, Tennessee, normally residing 640 Oakland Road, Telford, Tennessee 37690.

3.  Upon information and belief, Broyles Trucking is incorporated under the laws of the State of Tennessee with its principal office located at 640 Oakland Road, Telford, Tennessee 37690.

4.  Upon information and belief, Great West Casualty Company is incorporated under the laws of the State of Nebraska with its principal place of business located at 1445 K Street, Suite 2300, Lincoln, Nebraska 68509. Great West Casualty Company's registered agent for service of process is Craig A. Posson, 1100 West 29th Street, South Sioux City, Nebraska 68776.

5.  Jurisdiction is appropriate in this Court.

6.  Venue is appropriate in this Court.

7.  Plaintiffs' damages exceed the minimum amount necessary for the jurisdiction of this Court.

## COUNT I - MOTOR VEHICLE NEGLIGENCE

8.  Plaintiffs reallege and incorporate by reference the allegations

Presiding Judge: HON. KAREN L. WILSON (651294)

COM : 000002 of 000008

contained in Paragraphs 1 – 7 above.

9. On or about October 12, 2020, Plaintiff Robin was operating a motor vehicle northbound in the right lane on U.S. 41 in Henderson County, Kentucky.

10. Plaintiff Heather was riding in the front passenger seat of the vehicle being driven by Plaintiff Robin.

11. At the same time, Mr. Boyles was operating a Peterbilt Motors Co. 386 tractor-trailer owned by Broyles Trucking northbound in the left lane on U.S. 41 in Henderson County, Kentucky.

12. Mr. Broyles' tractor-trailer crossed into the right lane and caused his vehicle to collide with Plaintiffs' vehicle.

13. Mr. Broyles was inattentive and did not have his vehicle under proper control.

14. As a direct and proximate result of Mr. Broyles' negligence, Plaintiffs have:

    (a) Suffered temporary and permanent bodily injury;

    (b) Suffered physical and mental pain and suffering;

    (c) Suffered impairment of the power to earn money;

    (d) Will continue to suffer physical and mental pain;

    (e) Incurred hospital and other medical expenses;

    (f) Will incur hospital and other medical expenses in the future; and

    (g) Suffered damages to their personal property

all in an amount in excess of the minimum dollar amount necessary to establish the jurisdiction of this Court.

### COUNT II – NEGLIGENCE PER SE

15. Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 – 14 above.

16. At all times material hereto, the truck and trailer combination operated by Mr. Broyles was a commercial motor vehicle as defined by applicable Kentucky and federal law and regulations.

17. At all times material hereto, 49 CFR § 392.2 provided:

> Every Commercial motor vehicle must be operated in accordance with the laws, ordinances, and regulations of the jurisdiction in which it is being operated. However, if a regulation of the Federal Motor Carrier Safety Administration imposes a higher standard of care than that law, ordinance or regulation, the Federal Motor Carrier Safety Administration regulation must be complied with.

18. At all times material hereto, KRS § 189.340(1) provided (in relevant part):

> Vehicles overtaking other vehicles proceeding in the same direction shall pass to the left of them and shall not again drive to the right until reasonably clear of those vehicles.

19. 49 CFR § 392.2 and KRS § 189.340(1) were enacted for the safety and benefit of motorists using federal and state roadways, including U.S. 41 in Henderson, Kentucky.

20. Plaintiffs were within the scope of the protected class of persons contemplated by 49 CFR § 392.2 and KRS § 189.340(1).

-4-

Presiding Judge: HON. KAREN L. WILSON (651294)

COM : 000004 of 000008

21. Mr. Broyles and Broyles Trucking, and each individually, violated 49 CFR § 392.2 and KRS § 189.340(1) by merging into the right lane of traffic before the tractor and trailer was reasonably clear of the vehicle in which Plaintiffs were traveling.

22. As a direct and proximate result of Mr. Broyles' negligence, Plaintiffs have:

    (a)    Suffered temporary and permanent bodily injury;

    (b)    Suffered physical and mental pain and suffering;

    (c)    Suffered impairment of the power to earn money;

    (d)    Will continue to suffer physical and mental pain;

    (e)    Incurred hospital and other medical expenses;

    (f)    Will incur hospital and other medical expenses in the future; and

    (g)    Suffered damages to their personal property,

all in an amount in excess of the minimum dollar amount necessary to establish the jurisdiction of this Court.

### COUNT III – SPOUSAL LOSS OF CONSORTIUM

23. Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 – 22 above.

24. As a direct and proximate result of the injuries to Plaintiff Heather, Plaintiff Robin has suffered damages, including but not limited to mental anguish and the loss of the services, comfort, care, consortium, and companionship of her

-5-

spouse, along with losses and other expenses caused by the acts of Mr. Broyles.

## COUNT IV – SPOUSAL LOSS OF CONSORTIUM

25.  Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 – 24 above.

26.  As a direct and proximate result of the injuries to Plaintiff Robin, Plaintiff Heather has suffered damages, including but not limited to mental anguish and the loss of the services, comfort, care, consortium, and companionship of her spouse, along with losses and other expenses caused by the acts of Mr. Broyles.

## COUNT V – RESPONDEAT SUPERIOR/AGENCY

27.  Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 – 26 above.

28.  Upon information and belief, and at all times relevant hereto, Mr. Broyles was an agent and/or employee of Broyles Trucking and was acting within the scope of his agency and/or employment at all times material hereto.

29.  Broyles Trucking is vicariously liable for the negligent and willful acts and omissions, and the damages resulting therefrom, of Mr. Broyles pursuant to the doctrine of *respondeat superior* and the laws of the agency.

## COUNT VI – BAD FAITH

30.  Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 – 29 above as if fully rewritten herein.

31.  Upon information and belief, Defendant Great West Casualty

Company was and is the liability insurance carrier for the commercial vehicle and trailer combination operated by Defendant Mr. Broyles and owned by Broyles Trucking described herein.

32. In handling the aforementioned claim, Great West Casualty Company violated the Kentucky Unfair Claims Settlement Practices Act, KRS 304.12-230, by not attempting in good faith to effectuate prompt, fair and equitable settlement of the claim after liability had become reasonably clear, by failing to conduct a reasonable investigation based upon all available information, and by compelling Plaintiffs to institute litigation to recover amounts due under the policy of insurance.

33. The actions of Great West Casualty Company were committed intentionally, fraudulently and oppressively, and with a reckless disregard for the rights of Plaintiffs. As such, Great West Casualty Company's actions constitute bad faith at common law and entitle Plaintiffs to an award of punitive damages in addition to all other remedies available at law and in equity.

**WHEREFORE**, Plaintiffs demand the following relief:

a. Judgment against Mr. Broyles for special damages and general damages in excess of the minimum dollar amount necessary to establish jurisdiction of this Court for personal injury and property losses;

b. Judgment against Broyles Trucking for special damages and general damages in excess of the minimum dollar amount necessary to establish jurisdiction of this Court for personal injury and property losses;

-7-

c.  Judgment against Great West Casualty Company for special damages and general damages in excess of the minimum dollar amount necessary to establish jurisdiction of this Court for personal injury and property losses;

d.  Plaintiffs' costs herein expended, including a reasonable attorney's fee and pre-judgment and post-judgment interest;

e.  A trial by jury of all issues; and

f.  Any and all other such other relief, at law or in equity, to which Plaintiffs may reasonably appear to be entitled.

Respectfully submitted,

HAMILTON INJURY LAW GROUP PLLC
110 North Main Street
Henderson, KY 42420
Telephone: (270) 844-8205
Facsimile: (270) 844-8202
Email: nathan@curthamiltonlaw.com

By: /s/Nathan Lee Bishop
Nathan Lee Bishop
Attorney for Plaintiff

| AOC-E-105   Sum Code: CI |  | NOT ORIGINAL DOCUMENT |
|---|---|---|
| Rev. 9-14 | | 11/12/2021 ~~04:05:00 PM~~ |
| | | 849...  Case #: **21-CI-00597** |
| Commonwealth of Kentucky | | Court: **CIRCUIT** |
| Court of Justice   *Courts.ky.gov* | | County: **HENDERSON** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **THAXTON, HEATHER ET AL VS. BROYLES, BENJAMEN ET AL**, *Defendant*

TO: **BENJAMEN BROYLES**
    **640 OAKLAND ROAD**
    **TELFORD, TN 37690**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Herbert McKee, Jr.
Henderson Circuit Clerk
Date: **10/11/2021**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

---

Summons ID: @00000149883
CIRCUIT: 21-CI-00597 Certified Mail
THAXTON, HEATHER ET AL VS. BROYLES, BENJAMEN ET AL



Page 1 of 1

Presiding Judge: HON. KAREN L. WILSON (651294)

CI : 000001 of 000001

eFiled



**NOT ORIGINAL DOCUMENT**
11/12/2021 04:06:07 PM
84941

Case #: **21-CI-00597**
Court: **CIRCUIT**
County: **HENDERSON**

## CIVIL SUMMONS

*Plantiff,* **THAXTON, HEATHER ET AL VS. BROYLES, BENJAMEN ET AL**, *Defendant*

TO: **BROYLES TRUCKING**
    **640 OAKLAND ROAD**
    **TELFORD, TN 37690**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Herbert McKee, Jr.
Henderson Circuit Clerk
Date: **10/11/2021**

Presiding Judge: HON. KAREN L. WILSON (651294)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000149884
CIRCUIT: 21-CI-00597 Certified Mail
THAXTON, HEATHER ET AL VS. BROYLES, BENJAMEN ET AL



Page 1 of 1

eFiled



| AOC-E-105    Sum Code: CI | | Case #: **21-CI-00597** |
| Rev. 9-14 | | |
| Commonwealth of Kentucky | | Court: **CIRCUIT** |
| Court of Justice    *Courts.ky.gov* | | County: **HENDERSON** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **THAXTON, HEATHER ET AL VS. BROYLES, BENJAMEN ET AL**, *Defendant*

TO: **CRAIG A POSSON**
**1100 WEST 29TH STREET**
**SOUTH SIOUX CITY, NE 68776**

Memo: Related party is GREAT WEST CASUALTY COMPANY

The Commonwealth of Kentucky to Defendant:
**GREAT WEST CASUALTY COMPANY**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Herbert McKee, Jr.
Henderson Circuit Clerk
Date: **10/11/2021**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____

_____
Served By

_____
Title

Summons ID: @00000149885
CIRCUIT: 21-CI-00597 Certified Mail
THAXTON, HEATHER ET AL VS. BROYLES, BENJAMEN ET AL



Page 1 of 1

Presiding Judge: HON. KAREN L. WILSON (651294)

CI : 000001 of 000001

eFiled



**Commonwealth of Kentucky**
**Herbert McKee, Jr.  Henderson Circuit Clerk**

NOT ORIGINAL DOCUMENT
11/12/2021 04:02:11 PM
84941

| Case #: 21-CI-00597 | Envelope #: 3937642 |
|---|---|
| Received From: NATHAN BISHOP | Account Of: NATHAN BISHOP |
| Case Title: THAXTON, HEATHER ET AL VS. BROYLES, BENJAMEN ET AL | Confirmation Number: 133022256 |
| Filed On 10/11/2021  12:12:47PM | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $40.59 |
| 9 | Charges For Services(Copy - Photocopy) | $3.00 |
| | **TOTAL:** | **$336.59** |

**UNITED STATES POSTAL SERVICE**

Date Produced: 10/18/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8352 9214 26. Our records indicate that this item was delivered on 10/15/2021 at 10:51 a.m. in SOUTH SIOUX CITY, NE 68776. The scanned image of the recipient information is provided below.

Signature of Recipient :

*[signature]* KEVIN J ADCUS

Address of Recipient :

1100 W 29TH ST
SOUTH SIOUX CIT, NE 68776-3130

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     C2992010.17269524



Date Produced: 11/01/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8352 9214 02. Our records indicate that this item was delivered on 10/28/2021 at 12:24 p.m. in HENDERSON, KY 42420. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Brenda Sutton*
*brenda Sutton*

Address of Recipient :

*P.o Box 675*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        C2992010.17269522

AOS : 000001 of 000001



Date Produced: 11/01/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8352 9214 19. Our records indicate that this item was delivered on 10/28/2021 at 12:24 p.m. in HENDERSON, KY 42420. The scanned image of the recipient information is provided below.

Signature of Recipient :  *Brenda Sutton*

  *brenda Sutton*

Address of Recipient :  *P.o Box 675*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:   C2992010.17269523